UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 06-0516M-01 (CR)** |
| | : | |
| **ROBERT LEE FOSTER,** | : | **VIOLATIONS: 18 U.S.C. § 2113(a)** |
| Defendant. | : | (Bank Robbery) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about June 13, 2006, within the District of Columbia, the defendant, **ROBERT LEE FOSTER**, by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of the M&T Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about October 26, 2006, within the District of Columbia, the defendant, **ROBERT LEE FOSTER**, by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of

the M&T Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia