UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    :
                             :
         v.                  :   Criminal No. 07-0028 (ESH)
                             :
ROBERT LEE FOSTER,           :
                             :
         Defendant           :

ORDER

Upon consideration of the government's unopposed oral motion, made in open court, to exclude time under the Speedy Trial Act, and the entire record, the Court hereby makes the following findings:

1. Additional time is necessary for the defendant to review a plea offer that might include offenses transferred under Rule 20, Fed.R.Crim.P.

2. Based on the foregoing, the Court finds that tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this 23rd day of February, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of 35 days shall be excluded from the computation of time within which to commence trial.

Ellen S. Huvelle
JUDGE, UNITED STATES DISTRICT COURT