CO-526
(12/86)

FILED

APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
         vs.                )    Criminal No. 07-28
                            )
_Robert Lee Foster_         )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Robert Foster_
Defendant

_Shawn Moore_
Counsel for defendant

I consent:

_Angela Schmidt_ /s/
United States Attorney

Approved:

_Ellen Shuck_
Judge