**FILED**

**APR 2 5 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.: 07-028 (ESH)** |
| v. | : | |
| **ROBERT LEE FOSTER,** | : | |
| **Defendant.** | : | |

## FACTUAL PROFFER

Had this case proceeded to trial, the government would have shown, beyond a reasonable doubt, that between June and December 2006, the defendant, Robert Lee Foster, participated in four bank robberies in the District of Columbia and the District of Maryland. Specifically,

### M&T Bank (District of Columbia)

On June 13, 2006, at approximately 9:03 a.m., the defendant walked into the M&T Bank located at 6434 Georgia Ave., N.W. Washington, D.C., approached a female teller and placed a plain yellow sheet of paper in the money tray. The note, which was written in sloppy handwriting, said, "I have a gun. Put the money thru the window." After reading the note, the teller complied with the defendant's demand, giving him bills from her top drawer. The defendant took the money and put it in a briefcase-style bag, then demanded more. The teller complied by producing more bills from a second drawer. Again, the defendant took the money and demanded still more. The teller then produced rolls of quarters, which the defendant also took. Before leaving the bank, the defendant asked for the note, which the teller returned to him. The defendant received a total of $8,500 from the robbery. The deposits of the M&T Bank are insured by the Federal Deposit Insurance Corporation.

### M&T Bank (District of Columbia)

On October 26, 2006, at approximately 9:10 a.m., the defendant walked into the same branch of the M&T Bank and sat down in the lobby while the female victim teller went to the back to get her name tag. When she returned, the defendant got up, approached her teller window, and produced a yellow sheet of paper with a note written in pencil that said, "Give me all your money. I have a gun." The defendant made a gesture as though he had a gun, but he did not display it. When the teller reached to pull the alarm trigger, the defendant warned, "Don't pull that. Don't pull that." The teller then took $5,527 from her teller drawer and gave it to the defendant, who put it in a black gym bag. Before leaving the bank, the defendant asked for the note, which the teller returned to him.

### United Bank (District of Maryland)

On December 13, 2006, at approximately 9:52 a.m., the defendant walked into the United Bank at 16268 S. Frederick Ave., Gaithersburg, Maryland, approached a teller and passed a note written on a bank deposit slip that said, "I have a gun. I want $15,000 right now." While passing the note, which the defendant kept, the defendant pounded his fist on the counter and demanded, "hurry up." The teller gave the defendant approximately $600 and then attempted to give the defendant bait money, which the defendant refused to take. The defendant demanded more money from the teller, but did not get any. He then left the bank. The deposits of the United Bank are insured by the Federal Deposit Insurance Corporation.

### Sandy Spring Bank (District of Maryland)

Approximately fifteen minutes later and two miles away, the defendant walked into the Sandy Spring Bank at 484 N. Frederick Ave., Gaithersburg, Maryland, approached a female teller and passed a note written on a bank deposit slip that said, "I have a gun. Give me all the money you

have." The teller opened her top drawer and gave the defendant all of her small bills. The defendant then said, "Big bills, please." The teller replied that she did not have any big bills. The man then lifted his head and said, "Open the bottom drawer." The teller complied and passed the defendant strapped one dollar and ten dollar bills, along with a dye pack. The defendant gave the dye pack back to the teller and said, "I don't want this." He then said, "Give me the hundreds and fifties." The teller then passed the defendant the fifty dollar bills. The defendant asked for his demand note, which the teller returned. The defendant then left the bank, having received $1,341 from the robbery. The deposits of the Sandy Spring Bank are insured by the Federal Deposit Insurance Corporation.

After his arrest on January 8, 2007, the defendant admitted that he had participated in each of the aforementioned robberies.

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

**Defendant's Acceptance**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_4-25-07_
Date

_Robert Foster_
Robert Lee Foster

**Defense Counsel's Acknowledgment**

I am Robert Lee Foster's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_April 25, 2007_
Date

_Shawn Moore_
Shawn Moore, Esq.